No. 94–8104. MORRELL, AS GUARDIAN AD LITEM FOR LONG ET AL. *v.* BRITT, SECRETARY, NORTH CAROLINA DEPARTMENT OF

HUMAN RESOURCES, ET AL. Sup. Ct. N. C. Certiorari denied.